1
2
3
4
5
6
7

LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   SEVERO CATZIM,                    )      Case No. CV 05-7169-AHM (OP)
                                       )
12                    Petitioner,      )      ORDER ADOPTING FINDINGS,
                                       )      CONCLUSIONS, AND
13            vs.                      )      RECOMMENDATIONS OF
                                       )      UNITED STATES MAGISTRATE
14   DERICK L. OLLISON, Warden,        )      JUDGE
                                       )
15                                     )
                      Respondents.     )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

19   records and files herein, and the Report and Recommendation of the United States

20   Magistrate Judge, de novo.  The Court concurs with and adopts the findings,

21   conclusions, and recommendations of the Magistrate Judge.

     / / /

22   / / /

23   / / /

24

25

26

27

28

1    IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; and (2) denying the Petition and dismissing this action

3  with prejudice.

4

5  DATED:  8/27/09

6                                          HONORABLE A. HOWARD MATZ
                                           United States District Judge

7

8  Prepared by:

9

10  HONORABLE OSWALD PARADA
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28