[Stamp: LODGED - EASTERN DIVISION CLERK, U.S. DISTRICT COURT, JUN - 3 2009, CENTRAL DISTRICT OF CALIFORNIA, BY ____ DEPUTY]

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVERO CATZIM,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DERICK L. OLLISON, Warden,<br><br>　　　　Respondent. | Case No. CV 05-7169-AHM (OP)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/27/09

_[signature]_
HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

_[signature]_
HONORABLE OSWALD PARADA
United States Magistrate Judge